**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

NEIL COLE,

Defendant.

VERDICT FORM

No. 19-cr-00869 (ER)

## PLEASE CHECK YOUR ANSWERS AS TO EACH
**The Jury's verdict must be unanimous on each count.**

Do <u>not</u> write anything on this form except to check a response or to sign and date the form.

### COUNT ONE

On Count One, which charges the defendant with securities fraud, we the jury find NEIL COLE, the defendant:

Not Guilty_____     Guilty __✓_____

### COUNT TWO

On Count Two, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 8-K filed by Iconix attaching a press release reporting Iconix's financial results for the three- and six-month periods ending June 30, 2014, we the jury find NEIL COLE, the defendant:

Not Guilty _____     Guilty __✓_____

### COUNT THREE

On Count Three, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 10-Q filed by Iconix for the second quarter of 2014, we the jury find NEIL COLE, the defendant:

Not Guilty _____     Guilty __✓_____

## COUNT FOUR

On Count Four, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 8-K filed by Iconix attaching a press release reporting Iconix's financial results for the three- and nine-month periods ending September 30, 2014, we the jury find NEIL COLE, the defendant:

Not Guilty _____      Guilty ___✓___

## COUNT FIVE

On Count Five, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 10-Q filed by Iconix for the third quarter of 2014, we the jury find NEIL COLE, the defendant:

Not Guilty _____      Guilty ___✓___

## COUNT SIX

On Count Six, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 8-K filed by Iconix attaching a press release reporting Iconix's financial results for the full year 2014, we the jury find NEIL COLE, the defendant:

Not Guilty _____      Guilty ___✓___

## COUNT SEVEN

On Count Seven, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 10-K filed by Iconix for the full year 2014, we the jury find NEIL COLE, the defendant:

Not Guilty _____      Guilty ___✓___

## COUNT EIGHT

On Count Eight, which charges the defendant with misleading the conduct of audits, we the jury find NEIL COLE, the defendant:

Not Guilty _____     Guilty ___✓_____

## FINAL INSTRUCTION

Please stop. Please sign the form and notify the Marshal that you have reached a verdict.


_____          11-28-22
FOREPERSON                                    DATE